**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES CHURCH, | ) | |
| | ) | |
| Plaintiff, | ) | 09-cv-5317 |
| | ) | |
| vs. | ) | Judge Dow |
| | ) | Magistrate Judge Keys |
| ABC CREDIT & RECOVERY SERVICES INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**To:** **(See attached service list.**)

     **PLEASE TAKE NOTICE** that on Wednesday, January 27, 2010, at 9:15 a.m., we will appear before the Honorable Judge Dow in room 1919 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE,** *INSTANTER***, AMENDED COMPLAINT**.

                                                  s/Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on January 15, 2010, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and notification of such filing was sent to the following party:

      Charles J. Corrigan
      cjc1@dbcw.com

      s/Daniel A. Edelman
      Daniel A. Edelman